UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2025-CR-80157-Singhal/Maynard

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 853(a)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

MIGUEL ANGEL GARCIA,

Defendant.
_____/



FILED BY _____ D.C.

SEP 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 11, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**MIGUEL ANGEL GARCIA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of amphetamine, a Schedule II controlled substance.

## COUNT 2

On or about April 11, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**MIGUEL ANGEL GARCIA,**

did knowingly possess a firearm in furtherance of, and did knowingly carry a firearm during and in relation to, a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United states Code, Section 841(a)(1), as set forth in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about April 11, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**MIGUEL ANGEL GARCIA,**

knowingly possessed a firearm and ammunition, in and affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

a.) one (1) SCCY, CPS-2, 9mm, Pistol; and

b.) approximately ten (10) rounds of .9mm ammunition with head-stamp markings "Hornandy," "Blazer," "R-P," "WIN," "CBC," and "Luger."

## COUNT 4

On or about May 8, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

2

**MIGUEL ANGEL GARCIA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

### COUNT 5

On or about May 8, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**MIGUEL ANGEL GARCIA,**

did knowingly possess a firearm in furtherance of, and did knowingly carry a firearm during and in relation to, a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 6

On or about May 8, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**MIGUEL ANGEL GARCIA,**

knowingly possessed a firearm and ammunition, in and affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

3

a.) one (1) Smith & Wesson, Equalizer, 9x19mm, Pistol; and

b.) approximately fourteen (14) rounds of .9mm ammunition with head-stamp markings "F.C."

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MIGUEL ANGEL GARCIA**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Sections 922(g), 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 21, United States Code, Section 853 and to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 2025-CR-80157-Singhal/Maynard

v.

MIGUEL ANGEL GARCIA,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☐ FTL
- ☐ Key West
- ☑ WPB
- ☐ FTP

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: *Suzanne Huyler*
SUZANNE HUYLER
Assistant United States Attorney
SDFL Court ID No. A5503350

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Miguel Angel Garcia

**Case No**: 2025-CR-80157-Singhal/Maynard

Count #: 1

Possession with intent to distribute a controlled substance

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** NA
* **Max. Supervised Release:** 3 years to Life
* **Max. Fine:** $1,000,000

Counts #: 2 and 5

Knowingly possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years, such term not to run concurrent with any other term of imprisonment imposed
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #: 4

Possession with intent to distribute a controlled substance

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 841(b)(1)(C)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Counts #: 3 and 6

Felon in Possession of a Firearm and Ammunition

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment:**     15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:**     3 years
* **Max. Fine:**     $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.